IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20CR716 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | |
| | ) | UNITED STATES' MOTION TO |
| JOHN TYLER PLA, et al. | ) | CONTINUE THE 2/17 FINAL PRETRIAL |
| | ) | FOR DEFENDANT JOHN TYLER PLA |
| Defendants. | ) | |

Now comes the United States of America, by and through counsel, Justin E. Herdman, United States Attorney, and Brian McDonough, Assistant U. S. Attorney, and respectfully requests that this Honorable Court continue the final pretrial for Defendant John Tyler Pla from February 17, 2021, to March 29, 2021, because additional time is required to provide Defendant Pla with specific discovery details as to the evidence against him and allow him to review the United States' previous plea offer with his counsel. The undersigned emailed Defendant Pla's counsel last Friday and has not received an objection to this motion. This Honorable Court previously continued co-defendant Johnny Lee Palmer's final pretrial to March 29, 2021. A brief continuance will not prejudice Defendant Pla.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By:  /s/ Brian McDonough
Brian McDonough (OH: 0072954)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3965/(216) 522-2403 (fax)
Brian.McDonough@usdoj.gov